# MAXIM MAXIMOV, LLP

__ATTORNEYS AT LAW__

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

November 6, 2017

**VIA ECF**
Honorable Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    RE:    **Case No. 1:17-cv-05196-FB-SMG**
             **Karen Maisonet v. United Collection Bureau, Inc.**

Dear Honorable Magistrate Judge Gold:

    I represent the plaintiff in the above referenced matter and am informing the Court that the case has just settled.

    Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

    In light of the settlement, the parties respectfully request the cancellation of the conference scheduled for November 28, 2017 at 10:00 a.m.

    Thank you for Your Honor's time and attention to this matter.

Very truly yours,

/s/ Maxim Maximov

Maxim Maximov, Esq.