UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

KAREN MAISONET on behalf of herself and
all other similarly situated consumers

                Plaintiff,

    -against-

UNITED COLLECTION BUREAU, INC.

                Defendant.
_____

Case No.

**1:17-cv-05196-FB-SMG**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       December 14, 2017

                            __/s/ Maxim Maximov_____
                            Maxim Maximov, Esq.
                            Maxim Maximov, LLP
                            Attorney for the Plaintiff
                            1701 Avenue P
                            Brooklyn, New York 11229
                            Office: (718) 395-3459
                            Facsimile: (718) 408-9570
                            E-mail: m@maximovlaw.com